# Exhibit A

NOV 20 2019

IN THE COUNTY COURT OF THE SECOND JUDICIAL DISTRICT OF HARRISON COUNTY, MISSISSIPPI

Tracir Financial1, Inc. f/k/a Central Mississippi Credit         PLAINTIFF

VS. ~~KERINE ANDERSON~~  237568          NO. D2402-14-476
~~KERIN GILES~~
                        ②                                        DEFENDANT(S)

NORTHWELL HEALTH                                         GARNISHEE-DEFENDANT

## WRIT OF GARNISHMENT

STATE OF MISSISSIPPI

TO ANY LAWFUL OFFICER OF COUNTY COURT OF THE SECOND JUDICIAL DISTRICT OF HARRISON

WHEREAS Tracir Financial1, Inc. f/k/a Central Mississippi Credit, recovered a final judgment in this cause which has a current balance of $13,448.96 with interest accruing at the rate of 28.5000% against defendant, SS████████ nd said plaintiff having made proper suggestion for writ of garnishment against garnishee-defendant, whose agent is PAYROLL 1111 MARCUS AVE. STE. LL20 LAKE SUCCESS NY 11042

We, therefore, command you to summon said, garnishee, to answer within thirty (30) days of service of process, under oath in writing:

**FIRST**: Whether NORTHWELL HEALTH be indebted to DEFENDANT(S) or were so indebted at the time of the service of the writ or have at any time since been so indebted; and if so indebted, at what sum, whether due or not, and when due or to become due and how the debt is evidenced and what interest it bears.

**SECOND**: What effects of DEFENDANT(S) you have or had at any time of the service of the writ on you or have had since in your possession or under your control.

**THIRD**: Whether you know or believe any person is indebted to DEFENDANT(S) or either of them; and if so, whom, and what amount and where he resides.

**FOURTH**: Whether you know or believe that any other person has effects of DEFENDANT(S) or either of them in his possession or under his control and if so, who and where he resides.

**FIFTH**: If DEFENDANT(S) is your employee, his or her wages, salary or other compensation is totally exempt for a period of thirty (30) days from the date of service of this writ, thereafter 75% of said wages, salary or other compensation due or to become due is exempt by law from garnishment. The remaining non-exempt disposable earnings shall be retained by you and UNLESS OTHERWISE AUTHORIZED BY THE COURT, **you shall make payment to: YOUNG WELLS WILLIAMS, PA ATTN: Stephen E. Gardner P.O. BOX 6005 RIDGELAND, MS 39158** each and every pay period until the amount of the judgment, interest which accrues at the post judgment rate of 28.5000% and all costs of court have been paid. If the Defendant leaves your employment, you shall notify Stephen E. Gardner within fifteen (15) days and pay into Stephen E. Gardner all sum that have been withheld.

WITNESS MY SIGNATURE this the 1st day of November 2019

Circuit Clerk

**COUNTY COURT OF THE SECOND JUDICIAL DISTRICT OF HARRIS**

BY: _____ D.C.

Stephen E. Gardner
MS Bar No. 4749
Young Wells Williams, P.A.
P. O. Box 6005
Ridgeland, Mississippi 39158
Telephone: (601) 948-6100