# Exhibit B



**Garnishment Notification Memo**

Kerine Anderson _____ 11/23/19

### TAX LEVY

Northwell Health has received the attached "Notice of Levy on Wages, Salary, and Other Income" in the amount of $_____.
The Health System is obligated by law to comply with this notice and make the applicable deductions from your wages in accordance with this notice. As required by law, the following steps must be taken:

1. In order to claim exemptions, you must complete and sign the Statement of Exemptions Filing Status on Parts 3, 4 and 5.
2. Return parts 3 and 4 to the Payroll Department at 1411 Marcus Ave., Lake Success, NY, 11042 within three work days after receiving this levy.

Please note that the Payroll Department cannot advise you as to the nature of this notice issued to garnish your wages. If you feel that the issuance of this levy is not valid, you must contact the applicable agency as indicated on the enclosed notice. The Health System must honor this notice until such time as we receive a notice of release from the issuing agency.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### GARNISHEE/WAGE ASSIGNMENT OR CHILD SUPPORT

Northwell Health has received the enclosed Garnishee/Wage Assignment or Child Support Order from  Stephen E Gardner , ordering the Health System to begin payroll deductions from your wages effective immediately.

In accordance with this order, payroll deductions in the amount(s) listed below will begin with the pay period ending  12/28/19 .

_____ Child Support

_____ Student Loan Repayment

  25%    Garnishment

Please note that the Payroll Department cannot advise you as to the nature of this notice issued to garnish your wages. If you feel that the issuance of this garnishment is not valid, you must contact the applicable agency as indicated on the enclosed notice. The Health System must honor this notice until such time as we receive notice of release from the issuing agency.

Revised 6/22/16

garnishment notification memo